UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE:                                                                CASE: A23-58983-SMS

PATRICE ANN LUMUMBA MOODY                    CHAPTER 13

Debtor.                                                              JUDGE SAGE M. SIGLER

TRUSTEE'S MOTION TO DISMISS CASE

FOR FAILURE TO MAKE PLAN PAYMENTS

COMES NOW, K. EDWARD SAFIR, Standing Chapter 13 Trustee herein, and files this his Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtor filed for relief under Chapter 13 of Title 11 on September 15, 2023. The plan was confirmed by the Court on January 9, 2024. The plan provides for general unsecured creditors to receive an unsecured dividend of 100.00%.

1

2.

The Debtor has failed to comply with the terms of the confirmed plan. As of May 01, 2026, the Debtor should have paid $33,325.00. The Debtor has paid a total of $29,834.00, causing a delinquency of $3,491.00.

WHEREFORE, the Chapter 13 Trustee respectfully requests this case be dismissed, or that the Court grant such other relief as may be proper.

Dated: May 15, 2026

Respectfully submitted,

_/s/_____
K. Edward Safir, Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
eds@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

IN RE:                                                    **CASE: A23-58983-SMS**

**PATRICE ANN LUMUMBA MOODY**          **CHAPTER 13**

Debtor.                                                   **JUDGE SAGE M. SIGLER**

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS
### FOR FAILURE TO MAKE PLAN PAYMENTS

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments with the Court seeking an order of dismissal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Dismiss Case at 9:45 AM on June 30, 2026 in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA, 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must

also mail a copy of your response to the undersigned at the address stated below.


Dated:  May 15, 2026

Respectfully submitted,

_/s/_____
K. Edward Safir, Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
eds@atlch13tt.com

A23-58983-SMS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing Motion to Dismiss Case for Failure to Make Plan Payments using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

THE BANKRUPTCY LAW GROUP, LLC

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

PATRICE ANN LUMUMBA MOODY
745 Birchberry Terrace, SW
Atlanta, GA 30331

Dated: May 15, 2026

Respectfully submitted,

_/s/_____
K. Edward Safir, Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
eds@atlch13tt.com