**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In    Debtor(s)
Re:   **Patrice Ann Lumumba Moody**
      745 Birchberry Terrace SW
      Atlanta, GA 30331

      **xxx−xx−6932**

Case No.: **23−58983−sms**
Chapter:  **13**
Judge:  **Sage M. Sigler**

**ORDER OF DISMISSAL**

The Chapter 13 Trustee's Motion to Dismiss came before the Court and

After hearing, it appears that the Debtor(s) is in material default with respect to the provisions of the confirmed plan.
Therefore,

   **IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within
fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13
Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon
any employer of the Debtor(s) who is subject to an employer deduction order.

_____

Sage M. Sigler
United States Bankruptcy Judge

Dated: June 30, 2026

Form 163

United States Bankruptcy Court

Northern District of Georgia

| In re: | Case No. 23-58983-sms |
|---|---|
| Patrice Ann Lumumba Moody | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2026 | Form ID: 163 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrice Ann Lumumba Moody, 745 Birchberry Terrace SW, Atlanta, GA 30331-8486 |
| cr | + | Home SFR Borrower, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350-5434 |
| 24444815 | | Uprova Credit LLC, 635 East Hwy 20, V, Upper Lake, CA 95485 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 01 2026 00:33:00 | AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 01 2026 00:33:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 01 2026 00:33:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 24444792 | + | Email/Text: bankruptcy@rentacenter.com | Jun 30 2026 21:06:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 24444793 | + | Email/Text: bankruptcy@rentacenter.com | Jun 30 2026 21:06:00 | AcceptanceNOW, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 24548998 | | EDI: MAXMSAIDV | Jul 01 2026 00:33:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 24493789 | + | EDI: AISACG.COM | Jul 01 2026 00:33:00 | Ally Bank, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 24444794 | + | EDI: GMACFS.COM | Jul 01 2026 00:33:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 24444795 | + | EDI: GMACFS.COM | Jul 01 2026 00:33:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 24592878 | | EDI: ARKDEPREV.COM | Jul 01 2026 00:33:00 | Arkansas Department of Finance and Administration, Revenue Legal Counsel, P.O. Box 1272, Rm. 2380, Little Rock, AR 72203-1272 |
| 24444796 | + | EDI: ARKDEPREV.COM | Jul 01 2026 00:33:00 | Arkansas Dept of Finance & Admin., Collection Section, P O Box 8090, Little Rock, AR 72203-8090 |
| 24444797 | + | EDI: ARKDEPREV.COM | Jul 01 2026 00:33:00 | Arkansas Dept of Finance & Admin., PO Box 8090, Little Rock, AR 72203-8090 |
| 24459610 | + | EDI: COMCASTCBLCENT | Jul 01 2026 00:33:00 | COMCAST, PO BOX 1931, Burlingame, CA |

| | | | | |
|---|---|---|---|---|
| | | | | 94011-1931 |
| 24444798 | + EDI: WFNNB.COM | | Jul 01 2026 00:33:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 24444799 | + EDI: WFNNB.COM | | Jul 01 2026 00:33:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 24444801 | + Email/Text: bankruptcy@credencerm.com | | Jun 30 2026 21:05:00 | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 24444800 | + Email/Text: bankruptcy@credencerm.com | | Jun 30 2026 21:05:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 24444802 | + Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | | Jun 30 2026 20:55:00 | Department of Justice, Tax Division, Civil Trial Section, Southern Region, PO Box 14198, Washington, DC 20044-4198 |
| 24444803 | + Email/Text: bankruptcy@healthcarefinancedirect.com | | Jun 30 2026 20:56:00 | Healthcare Finance Direct, 1701 Eye St, Ste 300, Bakersfield, CA 93301-5208 |
| 24444804 | EDI: IRS.COM | | Jul 01 2026 00:33:00 | Internal Revenue Service, 401 W. Peachtree St. NW, Stop 334-D, Atlanta, GA 30308 |
| 24873930 | EDI: JEFFERSONCAP.COM | | Jul 01 2026 00:33:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 24444806 | Email/Text: EBN@Mohela.com | | Jun 30 2026 20:55:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 24676895 | Email/Text: EBN@Mohela.com | | Jun 30 2026 20:55:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 24444808 | + EDI: MAXMSAIDV | | Jul 01 2026 00:33:00 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 24444807 | + Email/PDF: Bankruptcy_Prod@mohela.com | | Jun 30 2026 21:05:03 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 24444810 | + EDI: AGFINANCE.COM | | Jul 01 2026 00:33:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 24444809 | EDI: AGFINANCE.COM | | Jul 01 2026 00:33:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 24530392 | EDI: PRA.COM | | Jul 01 2026 00:33:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 24444812 | EDI: PRA.COM | | Jul 01 2026 00:33:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 24444811 | EDI: PRA.COM | | Jul 01 2026 00:33:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 24535043 | + Email/Text: bankruptcy@purchasingpower.com | | Jun 30 2026 21:05:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste 1200, Atlanta, GA 30339-6199 |
| 24524904 | EDI: Q3G.COM | | Jul 01 2026 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 24444813 | + Email/Text: USAGAN.Bankruptcy@usdoj.gov | | Jun 30 2026 20:56:00 | United States Attorney, 600 Russell B. Russell Bldg., 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 24446444 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | Jun 30 2026 20:56:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24444814 | ^ MEBN | | Jun 30 2026 20:53:18 | United States Attorney General, U S Dept. of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0009 |
| 24444817 | + Email/Text: UpStart@ebn.phinsolutions.com | | Jun 30 2026 20:56:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |

District/off: 113E-9                               User: bncadmin                                Page 3 of 3
Date Rcvd: Jun 30, 2026                            Form ID: 163                                   Total Noticed: 44

| | | | | |
|---|---|---|---|---|
| 24444816 | + Email/Text: UpStart@ebn.phinsolutions.com | | Jun 30 2026 20:56:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 24457375 | + Email/Text: peritus@ebn.phinsolutions.com | | Jun 30 2026 21:06:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 24444819 | Email/Text: disputes@viva-finance.com | | Jun 30 2026 20:56:00 | Viva Finance, 100 Peachtree St, Atlanta, GA 30303 |
| 24444818 | Email/Text: disputes@viva-finance.com | | Jun 30 2026 20:56:00 | Viva Finance, Attn: Bankruptcy, 100 Peachtree St Nw, Ste 320, Atlanta, GA 30303 |
| 24444820 | + EDI: COMCASTCBLCENT | | Jul 01 2026 00:33:00 | Xfinity, P O Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 24444805 | * | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Home SFR Borrower  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Philip L. Rubin | on behalf of Creditor Ally Bank prubin@lrglaw.com |
| Stacey L. Butler | on behalf of Debtor Patrice Ann Lumumba Moody courtdocs@slblawgroup.com theslblawgroup@gmail.com;R55549@notify.bestcase.com;courtdocs@gmail.com |

TOTAL: 4