**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:                                                    Case No. A23-58983-SMS

    PATRICE ANN LUMUMBA MOODY


    Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    K. Edward Safir, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)  The case was filed on 09/15/2023.

    2)  The plan was confirmed on 01/09/2024.

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on 05/15/2026.

    5)  The case was dismissed on 06/30/2026.

    6)  Number of months from filing to last payment: 30.

    7)  Number of months case was pending: 34.

    8)  Total value of assets abandoned by court order:  NA .

    9)  Total value of assets exempted: $19,215.00.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $29,834.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$29,834.00** |

## Expenses of Administration:

| | | |
|---|---|---:|
| Attorney's Fees Paid Through the Plan | $5,250.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,191.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,441.00** |

Attorney fees paid and disclosed by debtor:            $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY BANK | Unsecured | NA | 36.11 | NA | 0.00 | 0.00 |
| ALLY BANK | Secured | 17,430.00 | 17,466.11 | 17,466.11 | 17,375.31 | 2,332.71 |
| ARKANSAS DEPARTMENT OF FINAN( | Secured | 6,218.00 | 2,586.51 | 2,586.51 | 2,586.51 | 98.47 |
| ARKANSAS DEPARTMENT OF FINAN( | Unsecured | 1.00 | 3,824.49 | 3,824.49 | 0.00 | 0.00 |
| COMCAST | Unsecured | NA | 993.06 | 993.06 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,363.00 | 7,608.09 | 7,608.09 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 623.19 | 623.19 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 3,102.00 | 3,014.87 | 3,014.87 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 495.00 | 454.82 | 454.82 | 0.00 | 0.00 |
| PURCHASING POWER, LLC | Unsecured | NA | 368.35 | 368.35 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 493.00 | 493.81 | 493.81 | 0.00 | 0.00 |
| Credence Resource Management, | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Finance Direct | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| Viva Finance | Unsecured | 9,997.00 | NA | NA | 0.00 | 0.00 |
| Xfinity | Unsecured | 1,384.00 | NA | NA | 0.00 | 0.00 |
| Uprova Credit LLC | Unsecured | 1,675.00 | NA | NA | 0.00 | 0.00 |
| AcceptanceNOW | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPSTART NETWORK, INC | Unsecured | 2,568.00 | 2,624.87 | 2,624.87 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,466.11 | $17,375.31 | $2,332.71 |
| All Other Secured | $2,586.51 | $2,586.51 | $98.47 |
| **TOTAL SECURED:** | **$20,052.62** | **$19,961.82** | **$2,431.18** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,608.09 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,608.09** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$12,397.46** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,441.00 |
| Disbursements to Creditors | $22,393.00 |
| **TOTAL DISBURSEMENTS :** | **$29,834.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/30/2026                    By:/s/ K. Edward Safir
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                    )          CHAPTER 13
PATRICE ANN LUMUMBA MOODY                                 )
                                                         )          CASE NO. A23-58983-SMS
                                                         )
DEBTOR                                                   )

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   PATRICE ANN LUMUMBA MOODY
   745 Birchberry Terrace, SW
   Atlanta, GA  30331

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

   THE BANKRUPTCY LAW GROUP, LLC

DATED:  07/30/2026                                        /S/
                                          _____
                                          K. Edward Safir, Chapter 13 Trustee
                                          State Bar No. 622149
                                          285 Peachtree Center Ave
                                          Suite 1600
                                          Atlanta, GA  30303-1229
                                          (404) 525-1110
                                          eds@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**